# Court of Appeals
# of the State of Georgia

ATLANTA,   July 09, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2101.  EUNICE CLEMENT v. NATIONAL CITY MORTGAGE.**

Eunice Clement filed a wrongful foreclosure suit against National City Mortgage.  On March 27, 2012, the trial court granted National City Mortgage's motion for judgment on the pleadings.  Clement filed a notice of appeal from this ruling 31 days later, on April 27, 2012.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the judgment on appeal.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  See *Couch v. United Paperworkers Intern. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Clement's failure to file a timely notice of appeal deprives this Court of jurisdiction, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 07/09/2012
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ *, Clerk.*